

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00136-CV

———————————————

STATE FARM LLOYDS, Appellant

V.

AARON PUCKETT, Appellee

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-307000-19

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' "Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: March 30, 2023